| | |
|---|---|
| INDEX #: | 10 cv 8289 |
| Date Filed: | November 3, 2010 |
| Court Date: | |

**UNITED STATES DISTRICT COURT**
**COUNTY OF**

**DISTRICT: SOUTHERN DISTRICT OF NEW YORK**

Attorneys:  LAUREN P. RAYSOR, ESQ.   PH: 914-434-3565
Address:    11 PENN PLAZA, SUITE 500  NEW YORK  NY 10001    File No.:

*LAMAR DENNIS*

vs                                                                    *Plaintiff(s)/Petitioner(s)*

*THE CITY OF NEW YORK, ET AL*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:                **AFFIDAVIT OF SERVICE**

_____Juan Eric Delgado_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On   December 14, 2010   at   2:30PM  ,
at         28TH PCT, 2271 8TH AVENUE, NEW YORK, NY 10027         , deponent served the within
                     Civil Cover Sheet , Summons and Complaint

on:             **P.O. NEIL LAWSON  TAX ID 906619**              ,        **Defendant**        therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2** [ ] By delivering thereat a true copy of each to_____ personally, deponent knew the person so served to be the_____of the , and authorized to accept service on behalf of the .

**#3 SUITABLE AGE PERSON** [X] By delivering a true copy of each to        LT. M. LAROCCA        a person of suitable age and discretion. Said premises is recipient's: [X] actual place of business    [ ] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business  [ ] dwelling house (place of abode) within the state.

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
Address confirmed by_____

**#5 MAIL COPY** [X] On   December 15. 2010  , deponent completed service by depositing a true copy of each document to the Defendant at
     28TH PCT, 2271 8TH AVENUE, NEW YORK, NY 10027
in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York [ ] and Certified Mail #_____

**#6 DESCRIPTION** [X] A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
(use with #1, 2 or 3)  Sex: Male    Color of skin: White    Color of hair: Black    Age: 50 - 60 Yrs.    Height: 5' 9" - 6' 0"
Weight: 161 - 200 Lbs.    Other Features:_____

**#7 WIT. FEES** [ ] the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#8 MILITARYSRVC** [ ] Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of New York and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

**#9 USE IN NYC CIVIL COURT** [ ] The language required by NYCRR 2900.2 (e), (f) & (h) was set forth on the fact of said summons (es).

**#10 OTHER** [ ]

Sworn to before me on  December 15, 2010

WENDY RESNICK
NOTARY PUBLIC, State of New York
No.01RE5067464,  Westchester County
Commission Expires Oct.15, 2014

Juan Eric Delgado
Server's Lic # 0916273
Invoice/Work Order # 10033176

*SPS-401 B'way-Ste.1201, NY, NY 10013, (P)212-226-3322- (F)212-431-9485 www.sav-onprocess.com*